# EXHIBIT A

# JOHN DOE

**IP Address:** 169.233.14.254 2007-03-11 22:58:39 EDT          **CASE ID#** 121440881

**P2P Network:** GnutellaUS                                      **Total Audio Files:** 599

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| Capitol Records, Inc. | Everclear | Wonderful | Songs from an American Movie - Vol. 1, Learning How to Smile | 284-811 |
| Interscope Records | No Doubt | Bathwater | Return Of Saturn | 279-727 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| UMG Recordings, Inc. | Weezer | Undone (The Sweater Song) | Weezer | 187-644 |
| Arista Records LLC | Ace of Base | All That She Wants | The Sign | 169-749 |
| Interscope Records | No Doubt | Hella Good | Rock Steady | 305-872 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| Warner Bros. Records Inc. | Rod Stewart | Forever Young | Out Of Order | 92-430 |