

1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone: (415) 268-2000
4  Facsimile: (415) 268-1999
   Email: matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  INTERSCOPE RECORDS; CAPITOL
   RECORDS, INC.; UMG RECORDINGS,
8  INC.; ARISTA RECORDS LLC; and
   WARNER BROS. RECORDS INC.
9

10              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
11

12

13  VIRGIN RECORDS AMERICA, INC., a       CASE NO. C 07 3088 PVT
    California corporation; INTERSCOPE
14  RECORDS, a California general partnership;
    CAPITOL RECORDS, INC., a Delaware       **CERTIFICATION OF INTERESTED**
15  corporation; UMG RECORDINGS, INC., a    **ENTITIES OR PERSONS**
    Delaware corporation; ARISTA RECORDS
16  LLC, a Delaware limited liability company; and
    WARNER BROS. RECORDS INC., a Delaware
17  corporation,
18          Plaintiffs,
19
        v.
20
21  JOHN DOE,
            Defendant.
22

23
24
25
26
27
28

---

Certification of Interested Entities or Persons
Case No.
#30491 v1

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2  associations of persons, firms, partnerships, corporations (including parent corporations) or other
3  entities (i) have a financial interest in the subject matter in controversy or in a party to the
4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
5  substantially affected by the outcome of this proceeding:

6  The following companies are parents of, or partners in Plaintiff VIRGIN RECORDS
7  AMERICA, INC.: EMI Recorded Music Holdings, Inc.; Capitol Records, Inc.; Capitol-EMI Music
8  Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV; EMI Group Holdings
9  BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.; Virgin Music Group Ltd.;
10 and EMI Group plc., of which only EMI Group plc. is a publicly traded company. EMI Group plc.
11 is publicly traded in the U.K.

12 The following companies are parents of, or partners in Plaintiff INTERSCOPE RECORDS:
13 UMG Recordings, Inc.; PRI Productions, Inc.; Polygram Holding, Inc.; Universal Music Group,
14 Inc.; Vivendi Holding I Corp.; Vivendi Holdings Company; Vivendi Holding S.A.S.; SPC S.A.S.;
15 and Vivendi S.A., of which only Vivendi S.A. is publicly traded. Vivendi S.A. is publicly traded in
16 France.

17 The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:
18 Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;
19 EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;
20 Virgin Music Group Ltd.; and EMI Group plc., of which only EMI Group plc. is a publicly traded
21 company. EMI Group plc. is publicly traded in the U.K.

22 The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:
23 Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings
24 Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is
25 publicly traded. Vivendi S.A. is publicly traded in France.

26 The following companies are parents of, or partners in Plaintiff ARISTA RECORDS LLC:
27 BMG Music; SONY BMG MUSIC ENTERTAINMENT; Ariola Eurodisc LLC; USCO Holdings
28 Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.; Bertelsmann Music Group; Bertelsmann,

1

Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.; Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony Corporation is publicly traded in the U.S.

The following companies are parents of, or partners in Plaintiff WARNER BROS. RECORDS INC.: WMG Acquisition Corp.; WMG Holdings Corp.; and Warner Music Group Corp., of which only Warner Music Group Corp. is publicly traded. Warner Music Group Corp. is publicly traded in the U.S.

Dated: June 13, 2007

HOLME ROBERTS & OWEN LLP

By: _____
MATTHEW FRANKLIN JAKSA
Attorney for Plaintiffs
VIRGIN RECORDS AMERICA, INC.;
INTERSCOPE RECORDS; CAPITOL
RECORDS, INC.; UMG RECORDINGS,
INC.; ARISTA RECORDS LLC; and
WARNER BROS. RECORDS INC.

Certification of Interested Entities or Persons
Case No.
#30491 v1