1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:   (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:     matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  INTERSCOPE RECORDS; CAPITOL
   RECORDS, INC.; UMG RECORDINGS,
8  INC.; ARISTA RECORDS LLC; and
9  WARNER BROS. RECORDS INC.

10            UNITED STATES DISTRICT COURT
            NORTHERN DISTRICT OF CALIFORNIA
11

12

13  VIRGIN RECORDS AMERICA, INC., a        CASE NO. C 07-3088 PVT
    California corporation; INTERSCOPE
14  RECORDS, a California general partnership;   **[PROPOSED] ORDER GRANTING *EX***
15  CAPITOL RECORDS, INC., a Delaware       ***PARTE* APPLICATION FOR LEAVE TO**
    corporation; UMG RECORDINGS, INC., a    **TAKE IMMEDIATE DISCOVERY**
16  Delaware corporation; ARISTA RECORDS
17  LLC, a Delaware limited liability company; and
    WARNER BROS. RECORDS INC., a Delaware
18  corporation,
19                    Plaintiffs,
20         v.
21  JOHN DOE,
22                    Defendant.
23

24

25

26

27

28

Proposed Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No. C 07-3088 PVT
#30494 v1

1    Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the

2 Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

3    ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa

4 Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks

5 documents that identify Defendant John Doe, including the name, current (and permanent) address

6 and telephone number, e-mail address, and Media Access Control address.  The disclosure of this

7 information is ordered pursuant to 47 U.S.C. § 551(c)(2)(B).

8    IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to

9 the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights

10 under the Copyright Act.

11

12

13 Dated: _____    By: _____

14                                        United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order Granting Ex Parte Application for Leave to Take Immediate Discovery
Case No.
#30494 v1