Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:  (415) 268-1999
Email:  matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
INTERSCOPE RECORDS; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>        Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br>        Defendant. | CASE NO. C 07-03088 PVT<br><br>Honorable Patricia V. Trumbull<br><br>**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1   Plaintiffs hereby request that the Court continue the case management conference currently
2 set for September 18, 2007, at 2:00 p.m. to December 18, 2007.  Plaintiffs further request, pursuant
3 to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs ' time to serve the
4 Summons and Complaint on Defendant John Doe ("Defendant") be extended from October 11, 2007
5 to January 9, 2008.

6   Plaintiffs filed the Complaint against Defendant on June 13, 2007.  Also on June 13, 2007,
7 Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the
8 Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa
9 Cruz").  On June 18, 2007, this Court issued its Order Granting *Ex Parte* Application for Leave to
10 Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on UC Santa Cruz so
11 that Plaintiffs could obtain information sufficient to identify Defendant.

12   UC Santa Cruz has responded to Plaintiffs' subpoena, and Plaintiffs have now determined the
13 identity of Defendant.  However, Plaintiffs are hopeful that this case will settle without the need to
14 resort to further litigation.  Accordingly, Plaintiffs are attempting to contact Defendant regarding
15 settlement before amending the Complaint to name Defendant, and are sending Defendant a letter to
16 that effect.  Therefore, a case management conference is unnecessary at this time.  Plaintiffs
17 therefore request that the Court continue the case management conference currently set for
18 September 18, 2007, at 2:00 p.m. to December 18, 2007.  Given the foregoing circumstances, and
19 because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant
20 will expire on October 11, 2007, Plaintiffs further request that Plaintiffs' time to serve the Summons
21 and Complaint on Defendant be extended to January 9, 2008.

22 Dated:  September 11, 2007                                          HOLME ROBERTS & OWEN LLP

23                                                                                          By:    */s/ Matthew Franklin Jaksa*
                                                                                                       Matthew Franklin Jaksa
24                                                                                                 Attorney for Plaintiffs
                                                                                                       VIRGIN RECORDS AMERICA,
25                                                                                                 INC.; INTERSCOPE RECORDS;
                                                                                                       CAPITOL RECORDS, INC.; UMG
26                                                                                                 RECORDINGS, INC.; ARISTA
                                                                                                       RECORDS LLC; and WARNER
27                                                                                                 BROS. RECORDS INC.
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for September 18, 2007, at 2:00 p.m. be continued to December 18, 2007.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended to January 9, 2008.

Dated: _____        By: _____
                                            Honorable Patricia V. Trumbull
                                            United States Magistrate Judge