Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA 94105-2994
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:   matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
INTERSCOPE RECORDS; CAPITOL
RECORDS, INC.; UMG RECORDINGS,
INC.; ARISTA RECORDS LLC; and
WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>                Plaintiffs,<br><br>v.<br><br>JOHN DOE,<br>                Defendant. | CASE NO. C 07-03088 PVT<br><br>Honorable Patricia V. Trumbull<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND TIME TO SERVE DEFENDANT AND [PROPOSED] ORDER** |

1  Plaintiffs hereby request that the Court continue the case management conference currently set for September 18, 2007, at 2:00 p.m. to December 18, 2007. Plaintiffs further request, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b)(1), that Plaintiffs' time to serve the Summons and Complaint on Defendant John Doe ("Defendant") be extended from October 11, 2007 to January 9, 2008.

Plaintiffs filed the Complaint against Defendant on June 13, 2007. Also on June 13, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of California, Santa Cruz ("UC Santa Cruz"). On June 18, 2007, this Court issued its Order Granting *Ex Parte* Application for Leave to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on UC Santa Cruz so that Plaintiffs could obtain information sufficient to identify Defendant.

UC Santa Cruz has responded to Plaintiffs' subpoena, and Plaintiffs have now determined the identity of Defendant. However, Plaintiffs are hopeful that this case will settle without the need to resort to further litigation. Accordingly, Plaintiffs are attempting to contact Defendant regarding settlement before amending the Complaint to name Defendant, and are sending Defendant a letter to that effect. Therefore, a case management conference is unnecessary at this time. Plaintiffs therefore request that the Court continue the case management conference currently set for September 18, 2007, at 2:00 p.m. to December 18, 2007. Given the foregoing circumstances, and because the original time period for Plaintiffs to serve the Summons and Complaint on Defendant will expire on October 11, 2007, Plaintiffs further request that Plaintiffs' time to serve the Summons and Complaint on Defendant be extended to January 9, 2008.

Dated: September 11, 2007

HOLME ROBERTS & OWEN LLP

By:  */s/ Matthew Franklin Jaksa*
Matthew Franklin Jaksa
Attorney for Plaintiffs
VIRGIN RECORDS AMERICA, INC.; INTERSCOPE RECORDS; CAPITOL RECORDS, INC.; UMG RECORDINGS, INC.; ARISTA RECORDS LLC; and WARNER BROS. RECORDS INC.

## ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for September 18, 2007, at 2:00 p.m. be continued to December 18, 2007.

**IT IS FURTHER ORDERED** that, pursuant to the Federal Rules of Civil Procedure, Rules 4(m) and 6(b), Plaintiffs' time to serve the summons and complaint on Defendant is hereby extended to January 9, 2008.

Dated: 9/12/07

By: _____
Honorable Patricia V. Trumbull
United States Magistrate Judge