1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:        matt.jaksa@hro.com
5

6  Attorneys for Plaintiffs,
   VIRGIN RECORDS AMERICA, INC.;
7  INTERSCOPE RECORDS; CAPITOL
   RECORDS, INC.; UMG RECORDINGS,
8  INC.; ARISTA RECORDS LLC; and
   WARNER BROS. RECORDS INC.
9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>JOHN DOE,<br>　　　　　Defendant. | CASE NO. 5:07-CV-03088-PVT<br><br>Honorable Patricia V. Trumbull<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1    Plaintiffs respectfully request that the Court continue the case management conference
2 currently set for December 18, 2007, at 2:00 p.m. to March 18, 2008.

3    Plaintiffs filed the Complaint against Defendant John Doe ("Defendant") on June 13, 2007.
4 Also on June 13, 2007, Plaintiffs filed their *Ex Parte* Application for Leave to Take Immediate
5 Discovery seeking the Court's permission to serve a Rule 45 subpoena on University of California,
6 Santa Cruz ("UC Santa Cruz"), so that Plaintiffs could obtain information sufficient to identify
7 Defendant.  On June 18, 2007, this Court issued its Order Granting *Ex Parte* Application for Leave
8 to Take Immediate Discovery authorizing Plaintiffs to serve a Rule 45 subpoena on UC Santa Cruz.
9 UC Santa Cruz responded to Plaintiffs' subpoena, providing Plaintiffs with identifying information
10 including Defendant's name and contact information.

11    In hopes of avoiding further litigation, Plaintiffs have since attempted to contact Defendant
12 both by mail and by telephone regarding settlement.  Defendant has not responded to any of these
13 attempts.  Accordingly, Plaintiffs are in the process of preparing an amended complaint naming
14 Defendant personally.

15    Given these circumstances, and because there is not yet a named defendant in this case, a
16 case management conference is unnecessary at this time.  Plaintiffs therefore request that the Court
17 continue the case management conference currently set for December 18, 2007, at 2:00 p.m. to
18 March 18, 2008.

19 Dated: December 6, 2007                                HOLME ROBERTS & OWEN LLP

20                                                        By:  ___*/s/ Matthew Franklin Jaksa*_____
                                                               Matthew Franklin Jaksa
21                                                             Attorney for Plaintiffs
22                                                             VIRGIN RECORDS AMERICA,
                                                               INC.; INTERSCOPE RECORDS;
23                                                             CAPITOL RECORDS, INC.; UMG
                                                               RECORDINGS, INC.; ARISTA
24                                                             RECORDS LLC; and WARNER
25                                                             BROS. RECORDS INC.

Ex Parte Application to Continue CMC and [Proposed] Order
Case No. 5:07-cv-03088-PVT
#34216 v1

## **ORDER**

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for December 18, 2007, at 2:00 p.m. be continued to March 18, 2008.

Dated: _____       By: _____
         Honorable Patricia V. Trumbull
         United States Magistrate Judge