UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>JOHN DOE,<br><br>            Defendant. | Case No.: C 07-3088 PVT<br><br>**ORDER RE PLAINTIFFS'** *EX PARTE* **APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

On December 6, 2007, Plaintiffs filed an ex parte application to continue the Case Management Conference. Based on the application and the file herein,

IT IS HEREBY ORDERED that Plaintiffs' application is GRANTED IN PART. The Case Management Conference is here by continued to January 29, 2008. The parties shall file a Joint Case Management Conference Statement no later than January 22, 2008.

Plaintiffs omitted from the current application any reference to the prior application for a three month continuance of the Case Management Conference, which this court granted. *See Civil L.R.* 6-3(a)(5). At the time of the last application, Plaintiffs stated they had identified Defendant and were sending him a letter to attempt to settle this matter. In the present application, Plaintiffs state that Defendant has not responded to their attempts to contact him by mail or telephone. Plaintiffs do not, however, explain why, in light of his lack of response to their September letter, they have not yet

1 | amended the complaint and served Defendant.  A further three month delay does not appear to be
2 | warranted under these circumstances.
3 |   IT IS FURTHER ORDERED that shall make diligent efforts to amend and serve the
4 | complaint as promptly as possible so as to allow Defendant time to retain counsel and file an answer
5 | before the parties' Joint Case Management Conference Statement is due.
6 | Dated: *12/6/07*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge