| Attorney or Party without Attorney: MATTHEW FRANKLIN JASKA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-2000 | | | Ref. No or File No.:<br>48983-00150 | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | | |
| Plaintiff: VIRGIN RECORDS AMERICA, INC., et al.<br>Defendant: NATALIE MILES | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:07-CV-03088-PVT | |

1. I, PHIL THOMAS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NATALIE MILES as follows:

2. **Documents:** Amended Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Order Re Plaintiffs' Ex Parte Application To Continue Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Ex Parte Application To Continue Case Management Conference And Extend Time To Serve Defendant And Order..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 12/13/07 | 2:30pm | Home | THE SUBJECT'S MOTHER ANSWERED THE DOOR. I ASKED FOR NATALIE. THE MOTHER SAID, "NO", AND SHUT THE DOOR. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Sat | 12/13/08 | 7:00pm | Home | PER THE SUBJECT'S FATHER, NATALIE DID NOT COME HOME FROM SCHOOL FOR THE HOLIDAYS. NO OTHER INFORMATION AVAILABLE. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Sat | 12/20/08 | 6:40pm | Home | NO ANSWER. ONE PICK UP PARKED IN THE DRIVE WAY. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Tue | 12/23/08 | 5:05pm | Home | NO ANSWER. ONE PICK UP PARKED IN THE DRIVE WAY. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Fri | 12/26/08 | 7:05pm | Home | NO ANSWER. LIGHTS ON. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |

| Attorney or Party without Attorney:<br>MATTHEW FRANKLIN JASKA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-2000 | | | Ref. No or File No.:<br>48983-00150 | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | | |
| Plaintiff: VIRGIN RECORDS AMERICA, INC., et al.<br>Defendant: NATALIE MILES | | | | | |
| **AFFIDAVIT OF**<br>**REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:07-CV-03088-PVT | |

AMEN/SUMM-CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 12/29/08 | 8:10am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE  HUNTINGTON BEACH CA 92646. |
| Wed | 12/31/08 | 9:35am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE  HUNTINGTON BEACH CA 92646. |

3. *Person Executing*
   a. PHIL THOMAS
   b. **FIRST LEGAL SUPPORT SERVICES**
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA  92701
   c. (714) 541-1110

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d. *The Fee for service was:*
   e. *I am:* (3) registered California process server
      (i) Employee
      (ii) Registration No.:   1985
      (iii) County:   Orange

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

✝ Date: Fri, Jan. 04, 2008    **AFFIDAVIT OF REASONABLE DILIGENCE**    (PHIL THOMAS)