UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>JOHN DOE,<br><br>　　　　　　Defendant. | Case No.: C 07-3088 PVT<br><br>**ORDER RE PLAINTIFFS'** *EX PARTE* **APPLICATION TO EXTEND TIME TO SERVE DEFENDANT** |

On January 4, 2008, Plaintiffs filed an *ex parte* application to extend time to serve Defendant. Based on the application and the file herein,

IT IS HEREBY ORDERED that Plaintiffs' application is GRANTED. The deadline for serving Defendant with the summons and complaint is extended to March 9, 2008.

IT IS FURTHER ORDERED that the Case Management Conference herein is continued to 2:00 p.m. on April 15, 2008 in Courtroom 5 of this court. The parties shall file a Joint Case Management Conference Statement no later than April 8, 2008.

IT IS FURTHER ORDERED that Plaintiffs shall continue to make diligent efforts to serve the complaint as promptly as possible so as to allow Defendant time to retain counsel and file an answer before the parties' Joint Case Management Conference Statement is due.

IT IS FURTHER ORDERED that Plaintiffs shall serve a copy of this order along with the summons and complaint.

Dated: *1/8/08*

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Patricia V. Trumbull
　　　　　　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

ORDER, *page 1*