| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| MATTHEW FRANKLIN JASKA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-2000 | | |
| Attorney for: Plaintiff | Ref. No. or File No.:<br>48983-00150 | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Northern District Of California

Plaintiff: VIRGIN RECORDS AMERICA, INC., et al.
Defendant: NATALIE MILES

| PROOF OF SERVICE<br>AMEN/SUMM-CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:07-CV-03088-PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Amended Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Order Re Plaintiffs' Ex Parte Application To Continue Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Ex Parte Application To Continue Case Management Conference And Extend Time To Serve Defendant And Order.

3. a. Party served:    NATALIE MILES

4. Address where the party was served:    20511 CALLIEBURN CIRCLE
   HUNTINGTON BEACH, CA 92646

5. I served the party:
   b. **by substituted service.** On: Thu., Jan. 24, 2008 at: 8:25PM by leaving the copies with or in the presence of:
   JOHN DOE MILES, FATHER, White, Male, 50 Years Old, Brown Hair, 5 Feet 8 Inches, 200 Pounds
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. PHIL THOMAS
   
   First Legal Support Services℠
   ATTORNEY SERVICES
   301 CIVIC CENTER DR. WEST
   Santa Ana, CA 92701
   (714) 541-1110, FAX (714) 541-8182
   
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:    1985
      (iii) County:    Orange

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Feb. 01, 2008
   
   (PHIL THOMAS)

Judicial Council Form POS-010
Rule 982.9.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
AMEN/SUMM-CIVIL CASE

6389086.holro.105832

| Attorney or Party without Attorney: MATTHEW FRANKLIN JASKA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-268-2000 | | | | Ref. No or File No.: 48983-00150 | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: United States District Court Northern District Of California | | | | | |
| Plaintiff: VIRGIN RECORDS AMERICA, INC., et al.<br>Defendant: NATALIE MILES | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: 5:07-CV-03088-PVT | |

1. I, PHIL THOMAS, and any employee or independent contractors retained by FIRST LEGAL SUPPORT SERVICES are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant NATALIE MILES as follows:

2. Documents:   Amended Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Order Re Plaintiffs' Ex Parte Application To Continue Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Ex Parte Application To Continue Case Management Conference And Extend Time To Serve Defendant And Order..

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Thu | 12/13/07 | 2:30pm | Home | THE SUBJECT'S MOTHER ANSWERED THE DOOR. I ASKED FOR NATALIE. THE MOTHER SAID, "NO", AND SHUT THE DOOR. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Thu | 12/13/07 | 7:00pm | Home | PER THE SUBJECT'S FATHER, NATALIE DID NOT COME HOME FROM SCHOOL FOR THE HOLIDAYS. NO OTHER INFORMATION AVAILABLE. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Thu | 12/20/07 | 6:40pm | Home | NO ANSWER. ONE PICK UP PARKED IN THE DRIVE WAY. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Sun | 12/23/07 | 5:05pm | Home | NO ANSWER. ONE PICK UP PARKED IN THE DRIVE WAY. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |
| Wed | 12/26/07 | 7:05pm | Home | NO ANSWER. LIGHTS ON. Attempt made by: PHIL THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH CA 92646. |

| Attorney or Party without Attorney: <br> MATTHEW FRANKLIN JASKA <br> HOLME ROBERTS & OWEN LLP <br> 560 MISSION STREET <br> 25TH FLOOR <br> SAN FRANCISCO, CA  94105 <br> Telephone No: 415-268-2000 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | | Ref. No or File No.: <br> 48983-00150 | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court Northern District Of California | | | | | |
| Plaintiff: VIRGIN RECORDS AMERICA, INC., et al. | | | | | |
| Defendant: NATALIE MILES | | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 5:07-CV-03088-PVT | |

AMEN/SUMM-CIVIL CASE

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Sat | 12/29/07 | 8:10am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: PHIL  THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE   HUNTINGTON BEACH CA 92646. |
| Mon | 12/31/07 | 9:35am | Home | NO ANSWER. NO ACTIVITY. Attempt made by: PHIL  THOMAS. Attempt at: 20511 CALLIEBURN CIRCLE   HUNTINGTON BEACH CA 92646. |
| Thu | 01/24/08 | 8:25pm | Home | Substituted Service on:   NATALIE MILES Home - 20511 CALLIEBURN CIRCLE HUNTINGTON BEACH, CA. 92646  by leaving a copy of the document(s) with: JOHN DOE MILES, FATHER, White, Male, 50 Years Old, Brown Hair, 5 Feet 8 Inches, 200 Pounds.  Served by: PHIL  THOMAS |
| Fri | 01/25/08 | | | Mailed copy of Documents to:   NATALIE MILES |

3. *Person Executing*
   a. PHIL  THOMAS
   b. **FIRST LEGAL SUPPORT SERVICES**
      301 CIVIC CENTER DRIVE WEST
      SANTA ANA, CA  92701
   c. (714) 541-1110

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee* for service was:
   e. *I am:* (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:     1985
      (iii) County:                     Orange

4. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

Date: Fri, Feb. 01, 2008         **AFFIDAVIT OF REASONABLE DILIGENCE**             (PHIL  THOMAS)

| Attorney or Party without Attorney: | | | | | For Court Use Only |
|---|---|---|---|---|---|
| MATTHEW FRANKLIN JASKA<br>HOLME ROBERTS & OWEN LLP<br>560 MISSION STREET<br>25TH FLOOR<br>SAN FRANCISCO, CA 94105 | | | | | |
| Telephone No: 415-268-2000     FAX No: | | | | | |
| Attorney for: Plaintiff | | | Ref. No or File No.:<br>48983-00150 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Northern District Of California | | | | | |
| Plaintiff: VIRGIN RECORDS AMERICA, INC., et al. | | | | | |
| Defendant: NATALIE MILES | | | | | |
| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:07-CV-03088-PVT | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Amended Summons In A Civil Case; First Amended Complaint For Copyright Infringement; Certification Of Interested Entities Or Persons; Order Re Plaintiffs' Ex Parte Application To Continue Case Management Conference; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order Regarding Case Management In Civil Cases; Contents Of Joint Case Management Statement; Ecf Registration Information Handout; Ex Parte Application To Continue Case Management Conference And Extend Time To Serve Defendant And Order.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:         Fri., Jan. 25, 2008
    b. Place of Mailing:        SAN FRANCISCO, CA 94103
    c. Addressed as follows:    NATALIE MILES
                                20511 CALLIEBURN CIRCLE
                                HUNTINGTON BEACH, CA 92646

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jan. 25, 2008 in the ordinary course of business.

5. Person Serving:                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
    a. AARON DANIEL                                   d. **The Fee** for Service was:
    b. FIRST LEGAL SUPPORT SERVICES              e. I am: (3) registered California process server
       1138 HOWARD STREET                                (i)    Independent Contractor
       SAN FRANCISCO, CA 94103                           (ii)   Registration No.:    2008-0001044
    c. 415-626-3111                                        (iii)  County:              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Fri, Feb. 01, 2008

   Judicial Council Form POS-010                    PROOF OF SERVICE                 (AARON DANIEL)
   Rule 982.9.(a)&(b) Rev January 1, 2007               By Mail                                        6389086.holro.105832