Matthew Franklin Jaksa (CA State Bar No. 248072)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:   (415) 268-2000
Facsimile:    (415) 268-1999
Email:         matt.jaksa@hro.com

Attorneys for Plaintiffs,
VIRGIN RECORDS AMERICA, INC.;
INTERSCOPE RECORDS; CAPITOL
RECORDS, INC.; UMG RECORDINGS,
INC.; ARISTA RECORDS LLC; and
WARNER BROS. RECORDS INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| VIRGIN RECORDS AMERICA, INC., a California corporation; INTERSCOPE RECORDS, a California general partnership; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; ARISTA RECORDS LLC, a Delaware limited liability company; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>     v.<br><br>NATALIE MILES,<br>                    Defendant. | CASE NO. C 07-03088 PVT<br><br>**Honorable Patricia V. Trumbull**<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Notice of Dismissal
Case No. C 07-03088 PVT
#36209 v1

1 | Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs voluntarily dismiss with prejudice their
2 | copyright infringement claim against Defendants Natalie Miles, each party to bear its/her own fees
3 | and costs.  The Clerk of Court is respectfully requested to close this case.

Dated:  March 17, 2008                                  HOLME ROBERTS & OWEN LLP

By:  _____/s/ Matthew Franklin Jaksa__
     MATTHEW FRANKLIN JAKSA
     Attorney for Plaintiffs
     VIRGIN RECORDS AMERICA, INC.;
     INTERSCOPE RECORDS; CAPITOL
     RECORDS, INC.; UMG
     RECORDINGS,INC.; ARISTA
     RECORDS LLC; and WARNER BROS.
     RECORDS INC.

Notice of Dismissal
Case No. C 07-03088 PVT
#36209 v1

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On March 17, 2008, I served the foregoing documents described as:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> **Merl Ledford**
> **Ledford Law Corporation**
> **805 West Oak Avenue**
> **Visalia, CA 93291**

☒ BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 17, 2008 at San Francisco, California.

*Della Grant*
Della Grant

Notice of Dismissal
Case No. C 07-03088 PVT
#36209 v1